

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| JAMES JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:20-00199-MGL |
| | § | |
| ANTHONY DENNIS, *Sheriff of Sumter* | § | |
| *County, South Carolina in his individual* | § | |
| *capacity*, | § | |
| Defendant. | § | |
| | § | |

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND DISMISSING PLANTIFF'S AMENDED COMPLAINT WITH PREJUDICE
AND WITHOUT ISSUANCE AND SERVICE OF PROCESS**

---

Plaintiff James Jackson (Jackson), proceeding pro se, filed this amended complaint pursuant to 42 U.S.C. § 1983 against Sumter County Sheriff Anthony Dennis (Dennis), alleging violations of his civil and other constitutional rights. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Jackson's amended complaint be dismissed with prejudice and without issuance and service of process. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to the Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which a specific objection is made, and the Court

may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1). The Court need not conduct a de novo review, however, "when a party makes general and conclusory objections that do not direct the court to a specific error in the [Magistrate Judge's] proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); *see* Fed. R. Civ. P. 72(b).

The Magistrate Judge filed the Report on February 3, 2020. The Clerk of Court filed Jackson's objections to the Report on February 13, 2020. The Court has reviewed the objections, but holds them to be without merit. It will therefore enter judgment accordingly.

Here, Jackson has wholly failed to bring any specific objections to the Report. Instead, he merely makes arguments the Magistrate Judge has already considered and rejected. Inasmuch as the Court agrees with the Magistrate Judge's treatment of those issues, it need not repeat the discussion here. Consequently, because Jackson neglects to make any specific objections, and the Court has found no clear error, it need not make a de novo review of the record before overruling Jackson's objections and accepting the Magistrate Judge's recommendation.

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Jackson's objections, adopts the Report, and incorporates it herein. Therefore, it is the judgment of the Court Jackson's amended complaint is **DISMISSED WITH PREJUDICE** and **WITHOUT ISSUANCE AND SERVICE OF PROCESS**.

**IT IS SO ORDERED.**

Signed this 22nd day of July 2021, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the

date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.